# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Corinne Kushel,

      Plaintiff,

v.

United States of America,

      Defendant.

No. CV-17-00043-TUC-FRZ

**ORDER**

Pending before the Court is Defendant United States of America's Motion to Dismiss for Lack of Jurisdiction. *See* Doc. 22.

Plaintiff has failed to file a response, creating an independent ground for granting Defendant's motion. *See* LRCiv 7.2(i). Still, the Court has reviewed Defendant's motion and agrees that the Court lacks jurisdiction in this matter as "Plaintiff has failed to fulfill the [Federal Tort Claims Act] jurisdictional administrative exhaustion requirement before filing this action."

Accordingly, IT IS ORDERED that Defendant's Motion (Doc. 22) is GRANTED and Plaintiff's Complaint (Doc. 1) is DISMISSED *without* prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this civil action and terminate all other pending matters on the docket as "moot".

Dated this 22nd day of May, 2017.

_____

Honorable Frank R. Zapata

Senior United States District Judge