1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9   Corinne Kushel, | NO. CV-17-00043-TUC-FRZ |
| 10              Plaintiff, | |
| 11   v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| 12   Marana Health Center Incorporated, et al., | |
| 13              Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 22, 2017, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

May 26, 2017

                                              s/ K Hughes
                                 By   Deputy Clerk